# United States Court of Appeals
## For the First Circuit

No. 23-1675

UNIVERSITAS EDUCATION, LLC,

Plaintiff - Appellee,

v.

LILLIAN GRANDERSON, as successor to Jack E. Robinson, III,

Defendant - Appellant,

JACK E. ROBINSON, III,

Third Party Plaintiff,

v.

LOEB & LOEB LLP,

Third Party Defendant.

**NOTICE**

Issued: December 21, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Seth L. Marcus

The following attorneys will continue to receive notice in this case:

Joseph L. Manson III
Elizabeth N. Mulvey
Jason M. Strojny
Lana Sullivan

      Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                        Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS  
FOR THE FIRST CIRCUIT  
John Joseph Moakley  
United States Courthouse  
1 Courthouse Way, Suite 2500  
Boston, MA 02210  
Case Manager: Jennifer - (617) 748-9885

cc:  
Joseph L. Manson III  
Seth L. Marcus  
Elizabeth N. Mulvey  
Jason M. Strojny  
Lana Sullivan