

Elizabeth N. Mulvey
Email: emulvey@lhbmlegal.com

February 12, 2024

Maria R. Hamilton
Clerk of Court
U.S. Court of Appeals for the First Circuit
1 Courthouse Way
Boston, MA 02210

RE: *Universitas Education, LLC v. Lillian Granderson,* No. 23-1675 (1st Cir.)

Dear Ms. Hamilton:

Pursuant to Federal Rule of Appellate Procedures 28(j), Appellant writes to clarify her response to a question asked by the Court at oral argument on February 7, 2024 about whether she opposed the plaintiff's motion for default judgment. Appellant did file an opposition to the plaintiff's request for default judgment in the District Court. The opposition was filed on May 26, 2023. *See* RA: 256; ECF No. 202.

> Sincerely,
>
> */s/ Elizabeth N. Mulvey*
> Eizabeth N. Mulvey



# CERTIFICATE OF SERVICE

I, Elizabeth N. Mulvey, hereby certify that on February 12, I electronically filed the foregoing document with the United States Courts of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Joseph L. Manson, III
Direct: 202-674-1450
Law Offices of Joseph L. Manson III
600 Cameron St
Alexandria, VA 22314